UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| YUE HONG YE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00106-JRS-MJD |
| | ) | |
| RICHARD KELLY, | ) | |
| PAMELA JO BONDI, | ) | |
| KRISTI NOEM, | ) | |
| MARCOS CHARLES, | ) | |
| TODD M. LYONS, | ) | |
| | ) | |
| Respondents. | ) | |

## Order Dismissing Action

Petitioner Yue Hong Ye's motion to dismiss his habeas petition, dkt. [15], is **granted.** This action is dismissed without prejudice as moot. Final judgment will issue by separate order.

**IT IS SO ORDERED.**

Date: 2/26/2026

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel